**Order entered October 10, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00093-CV

**CORNERSTONE STAFFING SOLUTIONS, INC., Appellant**

**V.**

**VALTECH SOLUTIONS, INC. AND VALTECH SERVICES, INC., Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-10346**

## ORDER

Before the Court is appellees' October 8, 2019 second unopposed motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 29, 2019.

/s/      ROBERT D. BURNS, III
CHIEF JUSTICE